# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00679-CV

**Monica Mason, Appellant**

**v.**

**John Mason, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-FM-04-006244, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Monica Mason has filed an unopposed motion to dismiss her appeal.  We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   September 24, 2007